CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

FILED
SCRANTON

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MAY 2 4 2021

PER _____
DEPUTY CLERK

Mr. Lawrence E. Dixon    # 01751862    :

**Full Name of Plaintiff    Inmate Number**    :

:

Civil No. 1:21-CV-0935

v.  Hodge Prison    :    (to be filled in by the Clerk's Office)
Head Warden    :

Mr. John Mc DaniAl    :    ( ) Demand for Jury Trial

**Name of Defendant 1**    :    ( ) No Jury Trial Demand
Hodge Prison    :

Administration and Staff Supervisor

**Name of Defendant 2**    :
Hodge Prison medical Department

Dr. Saraha Pierson    :

**Name of Defendant 3**   Hodge Prison    :
Assit Warden    :

ms. AUDerey A. ENgland    :

**Name of Defendant 4**  Hodge Prison    :
Co-II Security officer    :

ms. Karen PYle    :

**Name of Defendant 5**    :

(Print the names of all defendants. If the names of all    :

defendants do not fit in this space, you may attach    :

additional pages. Do not include addresses in this    :

section).    :

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

X    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

X    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II.   ADDRESSES AND INFORMATION

### A.   PLAINTIFF

Mr. Laurence E. Dixon # ~~017518~~

Name (Last, First, MI)

# 01751862   TDC-J   Number

Inmate Number

Hodge Prison 379 Fm 2972 W. Rusk Texas 75285

Place of Confinement

Hodge Prison

Address

379 Fm 2972 W. Rusk TX. 75785

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

\_\_\_   Pretrial detainee

\_\_\_   Civilly committed detainee

\_\_\_   Immigration detainee

X   Convicted and sentenced state prisoner

\_\_\_   Convicted and sentenced federal prisoner

### B.   DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

HeAD Warden Mr. John Mc DaNical

Name (Last, First)

Mr. John mc DaNial

Current Job Title

HeAD Chief Warden

Current Work Address

379 Fm 2972 w. Rusk TX 75785

City, County, State, Zip Code

Defendant 2:

Hodge  Prison  Administration  Supervisor

Name (Last, First)

Hodge Administration  Supervisor

Current Job Title

The Security Head Staff

Current Work Address

379 Fm 2972 W. RUSK TX  75785

City, County, State, Zip Code


Defendant 3:

Hodge Prison  Doctor and mediel Department

Name (Last, First)

Dr. Saraha  Pierson

Current Job Title

Hodge Prison Asist - Doctor

Current Work Address

379 Fm 2972 W. Rusk TX 75785

City, County, State, Zip Code


Defendant 4:

Hodge Prison  Asist- Warden

Name (Last, First)

ms. AUDercy A. ENglandd

Current Job Title

Warden Asist. Warden

Current Work Address

379 Fm 2972 W. Rusk TX 75785

City, County, State, Zip Code


Defendant 5:

Hodge Prison Security

Name (Last, First)

ms. Karen Pyle

Current Job Title

CO-II TDc.J Securiy officer

Current Work Address

379 Fm 2972 W. Rusk TX 75785

City, County, State, Zip Code

### III.   STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

I Have been Physical Assault, I Also been Sexaul-Assault
I Have been mistreated here. I Amendment Rights Have been
Violated here. I Have was Assault with unNeeessary mis use of force

B.   On what date did the events giving rise to your claim(s) occur?

This is Every Day All Day. this Started
6-9-16 And is Still Continuing with the VioLence and
The Violation of our Rights. as this year 2021

C.   What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

The First time I was inJury was when officer Danny Brown
use unNeeessary use of phsical of Force on me 6-9-16 - I was Hurt
Now in 3-3-19 - I was Food Posion and the medical Depertment and
Doctor want to Cover it up bye mis DiagNosed as a VerUs.
Now I was inJury AgaiNg on this Date 2-16-20
I was Phsical Assault Twice in the Same Day and then
I was phsical Sexaul Assault aswell the Same Day,
Because the lack of Security and the Failure of
Security. And the faiJure and the Condition to Provide
Safety Living For inmates. The outrageous CoNdition
of the 'our Rights One myself I to Suffer with Second Hanit
and Smokering When it Come to Stoping Second 'Hand
SMoking this Prison Failure at it. I been Suffer
When this For two year Now. 1-1-19 - to Now 1-1-21
and this Prison will Not Stop it and Some on the officers
when Smelling the smoke will walk off Like they Donot
Smell it, and Some on they Bring it in And
TDc-J- officer Failure to Pay For value Property was lost

Mr. Lawrence E. Dixon #1751862

The Second Statement of Facts Sheet

I mr. Lawrence Dixon Have Receive Cruel and unusual Punishment. and the Condition of this Prison is unsafe to Live on and the Violence Condition the Health Condition From the smokeing of other inmate is outrageous our Health is been Put At High Risk with the smokeins., I Have been Food Posion here And the Medical Department Have Put my life IN Danger more then 1 time. when it come to protect the inmates here the Security Have Failed to Provide safe Security. they have failed in they Dutey. And I Have lost value property where officer Failure to Do they Dutey.

THANK YOU

Lawrence Dixon

Date: 5-21-21

## IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

my Rights of protect been Protect From Harm was violated to Say Not to Medical treatment was been violated bru medical Department And my Life was put At a Hihth Risk of been Harm. The Condition of this Prison Had violated my Right Failure too Security this prison in the proper way. the Condition of this prion violence is Poorly and outrageous. Condition. The Food condition is not good to Freed Human Here theis outdate and very old and Toxic. policy on Force here is unness. unnecessary and Should be Held a violate of caress and violence again inmate in prison. Smoke is a violation condition of our Health. and the violation of inmate value Property when it Have been stole because Offecer Failure to Property Packet it. violation

## V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

I suffer with Back Pain and I suffer with Head injury Pain I suffer with Knee Pain, and suffer with Smoke, suffer with Neck Pain

## VI.   RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I want to be compensatory For All injury and damages and for All Suffering and mental exmotion and Stress and Pain. I Seeking monetary Relief million and million of Dollar For Relief.

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

5-21-21

Date

TO:

United States District Court
Middle District of Pennsylvaia

I mr. Lawrence E. Dixon #1751862
379 FM 2972 w. Rusk Tx 75785 - Hodse Prison

I Swear Lawrence Dixon in this
Complaint Application Here That I Sent
to your Courts. is the True Fact of this
Law Suit I Have Filed with your Court
the Statment that you Are Read is true.
I Seeking Justice For the wrong that Texas
State Law Force is mistreated inmates here
And I Cannot get the Right Justice here
I Have Filed So many Claims here try too
Receive Justice For the Hurt and Suffering that
this Prison Have Cause me. I Have did Every
thing they Have ask me to Do Bye Filed A
Law Suit But they Keep Denied my Case.
I Have Filed So many grievance Step (1) and
Step (2) Grievance Some I Can Back Not been Process
or Been Filed. So these is the ones I Have Now and
I'm wait For the Return of the other Grievances
Step-(1) and Step (2)

Next Page (1)

NOW I Can Hire MY own Attorney here
I Request For A Legal Court Appoint Counsel,
I would Also Like to Request that The
  Middle   District   Courts   Pennsylvaia
was waiver the Rights  to Hear this case
in the State of Pennsylvaia. because Texas
Courts here is been unfairy with Justice
here. I wrote this motion to move this
And waiver my Rights too Have this Claims
Complaint move too the Middle District
Courts Srcuntcn, PA

Mr. Lawrence E. Dixon #1751862

Lawrence E. Dixon #1751862

Date: 5-21-21

F-110B



**Texas Department of Criminal Justice**

## STEP 1
### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2021074598 |
| Date Received: | FEB 2 3 2021 |
| Date Due: | 4-09-21 |
| Grievance Code: | 600 |
| Investigator ID #: | 12820 |
| Extension Date: | |
| Date Retd to Offender: | APR 0 8 2021 |

Offender Name: Lawrence Dixon  TDCJ # 1751862

Unit: Hodge  Housing Assignment: J-2-F-Wing

Unit where incident occurred: SkyView medical Department

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. It was no need too call for Rank

Who did you talk to (name, title)? Because Lt Lm Peith was there.  When? 2-13-21

What was their response? The Nurse and Lt" Path both Knew that the F-wing would be upset

What action was taken? They Knew that I would be threated and Harm, they lock us Down

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I inmate Mr. Lawrence E. Dixon, # 1751862 ON this Date and time 2-13-21 time 1:00 AM, I was call too come too SkyView medical DePartmend bye Two SkyView Nurse. (1) male and (1) female. They Ask me about the Infan I wrote foo medical. I Told them that I Had been Have chest Pain and I could Breathe when I walk and my Side ewes Hurt me Also They Both run Testes on me. and both said that every thing was ok. then the female Nurse Look on the Computer and Seen where that I Had A Hospital AppoinTment For my Lung in GlaveStion HoSPital. There She Said these words I Not think you will be eble to go because on the Ice Storm. Then She Said Let her call the Doctor Dr. Pierson and Let her Know. and See what She Say About this. So we did. She told the Doctore Then The Too Have me too ~~Happening~~ I did this Twise. So then I could Not Breathe AgAin. So then the Nurse Said that I was Having Problem Breathe and. then the Ductor Said well it Sound like his Lungs and No it Not coV-19 Verus or New morn it is Lungs SEND him to the Hospital in Jecksville. he is Clear of the coV-19 Verus and the New morn. After I find out that when DeTurn Back From the Hospital, I would be lock Down For 10 Days So then I told the Nurse that I didnot want tu go if I Have too been lock Down For 10. She Said then I did all of this and You Are Refuse too go I Say Yes I'm Refust.

---

I-127 Front (Revised 11-2010)  **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**  (OVER)

ps. if I get inJucy At ANY time because of this mistreat and Negligent that this Nurse did. I will filed A law Suit



Appendix F

So then the Nurse Said then you going too be lock Down ANY way if you [redacted] Do Not go. She lock me Down because I Refuse to go too the Hospital Hodge Security cume and took me to [redacted] L-wing to be lock Down. then 5-menine late Hodge Security Cume Back and say No Dixon you are go Back too your wing F-wing Not Knowing that this Nurse Hate me so much [redacted] because I Refuse to go too the Hospital. She was so upset with me too where she I Put my Life in Danger And Put me at a High risk of been INJury bve of other inmate because she Had misDiagnose my Sickness. because she Hate that I Refuse medical. Now I been threat

**Action Requested to resolve your Complaint:** I Have been threat Every Day From Other inmate ON F-wing because of This Nurse Hate and be upset with me. I Have been Put at Every High risk of been Harm. if so I would want too Hold [redacted] er A Jiable

**Offender Signature:** _Lammue Dif_   **Date:** 2-17-21

---

**Grievance Response:** A review of your health record indicates that nursing staff followed procedures exactly as required when inmates are considered to have symptoms related to the COVID-19 virus. Even though you refused off-site treatment, it was necessary to restrict you and your housing area until test results were obtained. The investigation has failed to produce sufficient evidence to support your claims against health services staff. Grievance denied.

Christina Moore
Business Manager, Inpatient Operations
University of Texas Medical Branch (UTMB)

**Signature Authority:** _C Moore Business Mgr._   **Date:** 4/7/21

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted.
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix

# TEXAS COMMISSION ON JAIL STANDARDS

**EXECUTIVE DIRECTOR**
Brandon S. Wood



P.O. Box 12985
Austin, Texas 78711
Voice: (512) 463-5505
Fax: (512) 463-3185
http://www.tcjs.state.tx.us
info@tcjs.state.tx.us

April 29, 2021

Lawrence Dixon
TDCJ-Hodge Unit
379 FM 2972
Rusk, TX 75785

Dear Mr. Dixon,

I have received your letter regarding the TDCJ- Hodge Unit. Please be advised the Texas Commission on Jail Standards has regulatory authority over county and privately-operated jails that house county and out of state inmates. Our commission regulates jails to ensure that they are in compliance with minimum standards. The allegation that you addressed in your complaint does not fall under our purview.

Please address your concerns with:

Texas Department of Criminal Justice - Institutional Division at P.O. Box 99, Huntsville, TX 77342-0099

I am returning your letter for your reference.

Sincerely,

Elizabeth Thomas

Elizabeth Thomas
Complaint Inspector
Texas Commission on Jail Standards

---

| | | |
|---|---|---|
| Judge Bill Stoudt, Longview, Chair | Sheriff Bryan Weatherford, Woodville | Commissioner Ben Perry, Waco |
| Dr. Esmaeil Porsa, M.D., Houston, Vice-Chair | Sheriff Kelly Rowe, Lubbock | Duane Lock, Southlake |
| Melinda E. Taylor, Austin | Patricia M. Anthony, Girland | Monica McBride, Alpine |

"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview".
*To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas*



# Texas Department of Criminal Justice
## OFFICE OF THE INSPECTOR GENERAL
P.O. Box 4003, Huntsville, Texas 77342

To:DIXON, LAWRENCE                                Date: February 25, 2021

Unit/Department:HODGE UNIT                        Correspondence/Complainant #:  2100002333

Subject: DIXON, LAWRENCE                          TDCJ #:  01751862


The correspondence forwarded to the Office of the Inspector General has been read and evaluated by OIG staff.  Based on the information provided, the relevant issues stated will be addressed in the following manner:

☒ An OIG Investigation will not be conducted.

☐ The allegations presented do not come under the investigative purview of this office.

☐ This correspondence contains issues that should be submitted through the unit grievance procedure.

☐ If you are not satisfied with your Step 1 Grievance response, you should file a Step 2 Grievance to continue the Inmate Grievance procedure.

☐ Allegations or complaints relating to minor staff misconduct or unit issues will be forwarded to the Unit Warden.

☐ The TDCJ Use of Force Office automatically reviews all use of force reports.  If further investigation is considered appropriate, the UOF will be referred to the OIG.

☐ Allegations of life endangerment will be forwarded to the Unit Warden's office.

☐ Polygraph examinations are not administered at offender's request.

☐ The correspondence received contains issues relevant to the _____ and will be forwarded 'here.    Please send ffurther correspondence related to this matter to the above referenced office/department.

☒ Other: **OIG can not assist you in filing  a Civil Suit**

**NOTE: Prison related issues should be directed to the appropriate TDCJ department.  Sending your concerns to the wrong department or agency delays valuable response time.**

☐ Original Documents Returned to Inmate.

CC:


SDB/741



# 𝔖tate 𝔆ounsel for 𝔒ffenders
**𝔗exas 𝔅oard of 𝔆riminal 𝔍ustice**
P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

August 7, 2020

Lawrence Eugene Dixon
TDCJ ID# 01751862
HD-075

RE:    TDCJ Allegations, Civil and Federal suits

Dear Mr. Dixon,

      This is in response to your recent request to State Counsel for Offenders.  On August 5, 2020 I responded to you about the internal nature of your allegations against TDCJ- and will refer to that response.

      August 5, 2020

      Lawrence Eugene Dixon
      TDCJ ID# 01757862
      HD-075

      RE:    Sexual Assault, Assault, Medical

      Dear Mr. Dixon,

            This is in response to your recent request to State Counsel for Offenders.  The issues you identify relate to internal TDCJ matters which are handled following the processes outlined in the Offender Orientation Handbook.  SCFO does not represent you for these internal TDCJ matters.

            Your issues relating to health/medical issues should be directed to your Unit Physician who is the primary care provider at the unit level and is responsible for the determination of medical treatments, medical restrictions, and scheduling services.  You should attempt to resolve your problem at the Unit level, first by contacting, by I-60, the <u>Unit Medical Administrator</u> for assistance.  If you are not in agreement with his/her response, you can follow the grievance process outlined in the Offender Orientation Handbook.

            Other issues should be addressed by the appropriate reporting process in the Offender Orientation Handbook.

            Your allegations relating to sexual assault should be directly related to PREA.  In accordance with Section 501.172 of the Texas Government Code, the Prison Rape Elimination Act (PREA) Ombudsman coordinates the agency's efforts to eliminate sexual abuse and sexual harassment of offenders in TDCJ correctional facilities.  The

01757862

1

PREA Ombudsman serves as an independent office to review or conduct administrative investigations of allegations of sexual abuse and sexual harassment, as well as provide a point of contact for elected officials, the public, and offenders to report allegations of sexual abuse and sexual harassment, or inquiries related to the PREA.

Contact:

> PREA Ombudsman Office
> PO Box 99
> Huntsville, TX 77342-0099

     As to your proposed civil suit and federal action- these are outside SCFO representation and you will need to proceed on your own or hire an attorney.

Sincerely,

/s/ _Douglas E. Moyer Sr._ /s/

Douglas E. Moyer, Sr.
Staff Attorney
Legal Services Section

cc: file - ERA



**State Counsel for Offenders**

Texas Board of Criminal Justice
P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

August 5, 2020

Lawrence Eugene Dixon
TDCJ ID# 01757862
HD-075

RE:   Sexual Assault, Assault, Medical

Dear Mr. Dixon,

This is in response to your recent request to State Counsel for Offenders. The issues you identify relate to internal TDCJ matters which are handled following the processes outlined in the Offender Orientation Handbook. SCFO does not represent you for these internal TDCJ matters.

Your issues relating to health/medical issues should be directed to your Unit Physician who is the primary care provider at the unit level and is responsible for the determination of medical treatments, medical restrictions, and scheduling services. You should attempt to resolve your problem at the Unit level, first by contacting, by I-60, the Unit Medical Administrator for assistance. If you are not in agreement with his/her response, you can follow the grievance process outlined in the Offender Orientation Handbook.

Other issues should be addressed by the appropriate reporting process in the Offender Orientation Handbook.

Your allegations relating to sexual assault should be directly related to PREA. In accordance with Section 501.172 of the Texas Government Code, the Prison Rape Elimination Act (PREA) Ombudsman coordinates the agency's efforts to eliminate sexual abuse and sexual harassment of offenders in TDCJ correctional facilities. The PREA Ombudsman serves as an independent office to review or conduct administrative investigations of allegations of sexual abuse and sexual harassment, as well as provide

1

017578623

a point of contact for elected officials, the public, and offenders to report allegations of sexual abuse and sexual harassment, or inquiries related to the PREA.

Contact:

                    PREA Ombudsman Office
                    PO Box 99
                    Huntsville, TX 77342-0099

Sincerely,

/s/                               /s/

Douglas E. Moyer, Sr.
Staff Attorney
Legal Services Section

cc: file - ERA

017578623

So then the Nurse Said then You going too be lock Down ANY way if you ████ DoNot go. She lock me Down because I Refuse to go too the Hospital. Hodge Security cume and took me to ████ L-wing to be lock Down. then 5-menute late Hodge Security Came Back and say No Dixon You are go Back too Your wing f-win Not Knowing that this Nurse Hate me So much ████ because I Refuse to go too the Hospital. She was So upset with me too where she I Put my Life iN Danger And Put me at a High risk of been iNJury bve Ofther inmate because She Had mis Diagnos my Sickness. because She Hate that I Refuse medical. Now I been threat

**Action Requested to resolve your Complaint:** I Have been threat every Day from Other inmate oN F. wing because of This Nurse Hate and be upset with me. I Have been put at avery High risk of been Harm. if So I would want too Hold HeP Aliable

**Offender Signature:** _Lamuul Duf_    **Date:** 2-17-21

**Grievance Response:**
A review of your health record indicates that nursing staff followed procedures exactly as required when inmates are considered to have symptoms related to the COVID-19 virus. Even though you refused off-site treatment, it was necessary to restrict you and your housing area until test results were obtained. The investigation has failed to produce sufficient evidence to support your claims against health services staff. Grievance denied.

Christina Moore
Business Manager, Inpatient Operations
University of Texas Medical Branch (UTMB)

**Signature Authority:** _Moore Business Mgr._    **Date:** 4/7/21

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submit. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 2nd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| 3rd Submission | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

Appendix

OFFICE USE ONLY

**STEP 1** OFFENDER GRIEVANCE FORM

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Mr. Lawrence Dixon TDCJ # 1751862

Unit: Hodge Housing Assignment: J-2-F-110

Unit where incident occurred: Hodge Unit Mail Room

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. We On lock Down

Who did you talk to (name, title)? I did Not Have A opportunities When? 12-2-2020

What was their response? it was None because we went On a lock Down

What action was taken? it was too late to taken action because the Damage Have

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I inmate Lawrence Dixon wrote A Very Personal letter to my sister Sheryl. Share my Dream Emotional Feeling About Buy her and my mother A Home. And I want Also was Tell her About Some Legal mail I Have Receive From some attorney. AND I was Also ElPained too her About this law suit that I'm file on this Prison. I was Not Talk About Hurt No one or kill any Body or talking about Breaking out of Prison. I did Not Draw Noting outRageous on the enveNlope oR on the letter. it was No Violence talk About IN this Letter. Now what was the Reason For the mail Room too Denied my mail too go out or to Stop my mail From going out? The only Reason I can see That the mailRoom Stop my Letter From going out is This _____ Sister About Some thing Legal. At that was I was say that I was Trying too File A law Suit Against this prison, and it upSet the mail Room Department that I Just might Have Some Help Suiting this Prison. So if this is True This mailRoom Have Violate my Legal Rights to PRiVate mail. and my too my Private Dream. They DePrived me of my Freedom of SPeek. They cause me a Stamp and A ENVelope. my Letter was Not Seal also why did they Stop it. I can Not See why,

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

But I can See this A lotes of Rights and Amendmen
been violate Here. because I was write A Private
Dreams and About Some legal Assistance. I Feel very
Bad About my Letter been Stop bye the mail Room I Feel
A lote of emotion and Stress From this         .

_____
_____
_____

**Action Requested to resolve your Complaint.** I want the mail Room and the Person who Stop
my Letter and Read my Private Legal mail and my Private Dream. Lette
From going out. to beHeld Liable For this Stuffering

**Offender Signature:** _____   **Date:** 12- 3- 20 20

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days.  *

☐ 3. Originals not submitted.  *

☐ 4. Inappropriate/Excessive attachments.  *

☐ 5. No documented attempt at informal resolution.  *

☐ 6. No requested relief is stated.  *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language.  *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible.  *

☑ 11. Inappropriate.  *

**UGI Printed Name/Signature:** L. Glover R Glaur UGIT
DEC 0 7 2020

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

OFFICE USE ONLY
Initial Submission          UGI Initials: LG
Grievance #2021045184
                            DEC 07, 2020
Date Recd from Offender: _____
Date Returned to Offender:   DEC 0 7 2020
2ⁿᵈ Submission              UGI Initials:_____
Grievance #:
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3ʳᵈ Submission              UGI Initials:_____
Grievance #:
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

Appendix F

# 1751862 Hodge Unit
Mr. Lawrence E. Dixon
379 Fm 2972 w.
Rusk TX 75785
(Legal)



RECEIVED
SCRANTON

MAY 24 2021

PER _____
DEPUTY CLERK

OK SPC

United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
P. O. Box 1148
Scranton, PA. 18501

18501$1148 B099